UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.   5:25-cr- 51-TPB-PRL
18 U.S.C. § 751(a)

MARK ANTHONY DALY

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 21, 2025, in the Middle District of Florida, the defendant,

**MARK ANTHONY DALY**,

did knowingly escape from the custody of the Attorney General and his authorized representative, and from any institution or facility in which he is confined by direction of the Attorney General, and from custody under and by virtue of any process issued under the laws of the United States by any court, judge, and magistrate judge, with the custody and confinement being by virtue of a felony conviction, to wit: the defendant escaped from the FCI Coleman Camp, where he had been serving a sentence in connection with his felony conviction in *United States v. Mark Anthony Daly*, United States District Court for the Middle District of Florida case number 5:24-cr-59-TPB-PRL.

In violation of 18 U.S.C. § 751(a).

A TRUE BILL,

████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Tyrie Knight Boyer
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

2

FORM OBD-34

March 25

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

## THE UNITED STATES OF AMERICA

vs.

## MARK ANTHONY DALY

## INDICTMENT

Violations: 18 U.S.C. § 751(a)

A true bill,

_____
Foreperson

Filed in open court this 1st day

of April 2025.

_____
Clerk

Bail $_____